## LA MOTTE et al. v. SMITH.

No. 12943—Opinion Filed Dec. 12, 1922.

Rehearing Denied Jan. 23, 1923.

(Syllabus.)

Appeal and Error—Time for Appeal—Dismissal.

Where plaintiff in error fails to file his appeal in this court within six months from the date of the rendition of judgment or order appealed from, as required by chapter 18, Session Laws 1910-11, this court is without jurisdiction of such appeal, and the same will be dismissed.

Error from District Court, Osage County; Chas. B. Wilson, Jr., Judge.

Action by George G. LaMotte and Anna Marx LaMotte, copartners, doing business under the firm name of LaMotte & LaMotte, against Luther Smith. Judgment for defendant, and plaintiffs appeal. Dismissed.

Peters, Sands, Holcomb & Holden and E. H. Mattingly, for plaintiffs in error.

Leahy, Macdonald, Burnett & Files, for defendant in error.

NICHOLSON, J. This case is before us on the motion of the defendant in error to dismiss the appeal for the reason that the appeal was not filed in this court within the time required by law.

An examination of the record discloses that the motion for a new trial was by the trial court overruled on the 6th day of June, 1921, and the appeal was not filed in this court until January 2, 1922.

Inasmuch as said appeal was not filed within six months from the date of the final order appealed from as required by chapter 18, Sess. Laws 1910-11, this court is without jurisdiction of said appeal, and the same is dismissed.

HARRISON, C. J., and McNEILL, MILLER, KENNAMER, and COCHRAN, JJ., concur.